[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 11, 2007
THOMAS K. KAHN
CLERK

No. 07-12486
Non-Argument Calendar

_____

D. C. Docket No. 03-00233-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL D. JAMES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(October 11, 2007)**

Before BLACK, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Michael D. James in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and James's revocation of supervised release and sentence are **AFFIRMED**.